UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| KIEL JAMES PATRICK, LLC <br> *Plaintiff*, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br> *Defendants*. | C.A. No. 1:25-cv-00633 |

**PLAINTIFF'S *EX PARTE* MOTION FOR
TEMPORARY RESTRAINING ORDER
AND WRIT OF ATTACHMENT**

Pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure, the Plaintiff Kiel James Patrick, LLC ("**KJP**" or "**Plaintiff**") by and through undersigned counsel, hereby moves for an emergency *ex parte* temporary restraining order, immediately restraining and enjoining the Partnerships and Unincorporated Associations Identified on *Schedule A* attached to the Complaint (collectively "**Defendants**") in the following manner and until ordered otherwise by this Court:

1. That the Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

    a. using the KJP Marks or KJP Advertising Materials, as defined in the Complaint, or any reproductions, copies, AI tools and technologies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine KJP Product or is not authorized by KJP to be sold in connection with the KJP Marks or KJP Advertising Materials;

1

  b. passing off, inducing, or enabling others to sell or pass off any product as a genuine KJP Product or any other product produced by KJP that is not KJP's or not produced under the authorization, control, or supervision of KJP and approved by KJP for sale under the KJP Marks or KJP Advertising Materials;

  c. committing any acts calculated to cause consumers to believe that the Defendants' imitation products and/or goods are those sold under the authorization, control, or supervision of KJP, or are sponsored by, approved by, or otherwise connected with KJP;

  d. further infringing the KJP Marks or KJP Advertising Materials and damaging KJP's goodwill;

  e. otherwise competing unfairly with KJP in any manner;

  f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for KJP, nor authorized by KJP to be sold or offered for sale, and which bear, use, or display association with any KJP Marks or KJP Advertising Materials or any reproductions, copies, or colorable imitations thereof;

  g. using, linking to, transferring, selling, exercising control over, or otherwise owning any domain name, website, or online marketplace or account that is being used to sell or is how the Defendants could continue to sell imitation products and/or goods of KJP Products or using the KJP Marks or KJP Advertising Materials; and

  h. operating and/or hosting websites at any other domain names registered or operated by the Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing, using, or displaying association with any KJP Marks or

KJP Advertising Materials or any reproduction, copy, or colorable imitation thereof that is not a genuine KJP product or not authorized by KJP to be sold in connection with the KJP Marks; and

2. Entry of an Order that, upon KJP's request, those in privity with the Defendants and those with notice of the injunction, including their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them including any online marketplaces, social media platforms, Internet search engines, web hosts for the Defendants' domain names, and domain name registrars, shall:

   a. disable and cease providing services for any accounts through which Defendants engage in the sale of imitation products and/or goods using the KJP Marks or KJP Advertising Materials;

   b. disable and cease displaying any advertisements used by or associated with the Defendants in connection with the sale of counterfeit products and/or goods using the KJP Marks or KJP Advertising Materials; and

   c. take all steps necessary to prevent links to the Defendants' commercial internet stores operating on Temu and other hosting sites ("**Internet Stores**") from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index; and

3. Entry of an Order: (a) attaching the funds of the Defendants; and (b) temporarily restraining the Defendants' funds at PayPal, Inc. and other similarly situated payment processors pending: (1) service of Defendants; and (2) a post-attachment hearing.

4. Award any and all other relief that this Court deems just and proper.

In support of this Motion for Temporary Restraining Order, Plaintiff further submits a Memorandum of Law, which is being filed contemporaneously herewith. As set forth in that

Memorandum of Law, and given the nature of the claims against the Defendants, an emergency *ex parte* temporary restraining order is necessary to protect KJP's rights and maintain the status quo.

                                                  The Plaintiff,
                                                  Kiel James Patrick, LLC,
                                                  By its Attorney,

                                                  */s/ C. Alexander Chiulli*
                                                  C. Alexander Chiulli, Esq. (Bar No. 9139)
                                                  Charles J. Russo, Esq. (Bar No. 10751)
                                                  Savage Law Partners, LLP
                                                  564 South Water Street Providence, RI 02903
                                                  Email:achiulli@savagelawpartners.com
                                                  Email:crusso@savagelawpartners.com
                                                  Tel: (401) 238-8500
                                                  Fax: (401) 648-6748

**CERTIFICATE OF SERVICE**

    I, C. Alexander Chiulli, attorney for Kiel James Patrick, LLC, hereby certify that on November, 26th, 2025, I served a copy of the foregoing by CM/ECF electronic mail notification to all counsel of record.

                                                                                         */s/ C. Alexander Chiulli*