AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| Kiel James Patrick, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00633 |
| The Partnerships and Unincorporated ) | |
| Associations Identified on Schedule A ) | |
| *Defendant* | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kiel James Patrick, LLC                                       .

Date:   11/26/2025                             /s/ Charles J. Russo
                                                *Attorney's signature*

                                    Charles J. Russo, Esq.  #10751
                                    *Printed name and bar number*

                                    Savage Law Partners, LLP
                                    564 South Water Street
                                    Providence, RI 02903
                                    *Address*

                                    crusso@savagelawpartners.com
                                    *E-mail address*

                                    (401) 238-8500
                                    *Telephone number*

                                    *FAX number*