AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Rhode Island _____ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>25-cv-633 | DATE FILED<br>11/26/2025 | U.S. DISTRICT COURT<br>Rhode Island |
|---|---|---|
| PLAINTIFF<br><br>Kiel James Patrick, LLC | | DEFENDANT<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,787,726 | 6/25/2019 | Kiel James Patrick, LLC |
| 2 | 4,217,951 | 10/2/2012 | Kiel James Patrick, LLC |
| 3 | 4,217,952 | 10/2/2012 | Kiel James Patrick, LLC |
| 4 | 5,799,190 | 7/9/2019 | Kiel James Patrick, LLC |
| 5 | 4,233,031 | 10/30/2012 | Kiel James Patrick, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,095,333 | 7/7/2020 | Kiel James Patrick, LLC |
| 2 | 6,095,331 | 7/7/2020 | Kiel James Patrick, LLC |
| 3 | 5,787,724 | 6/25/2019 | Kiel James Patrick, LLC |
| 4 | 4,819,102 | 9/22/2015 | Kiel James Patrick, LLC |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Hanorah Tyer-Witek | (BY) DEPUTY CLERK<br>/s/Cherelle Hill | DATE<br>12/1/2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**