UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| KIEL JAMES PATRICK, LLC<br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br>*Defendants.* | C.A. No. 1:25-cv-00633-MRD-AEM |

**ORDER REGARDING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

In the above-captioned matter, the Motion For Alternative Service ("**Motion for Alternative Service**") of the Plaintiff Kiel James Patrick, LLC ("**KJP**" or "**Plaintiff**") was heard before the Honorable Melissa R. DuBose on December 2, 2025, at 11:30 PM. *See Dkt. No. 4*. Upon review of KJP's Motion for Alternative Service and its supporting papers and after hearing, it is hereby ORDERED, ADJUDGED, and DECREED that:

**1.**    That the Motion for TRO is GRANTED as set forth herein;

**2.**    That service of the Summons, Complaint, and all subsequent pleadings and filings may be made upon each of the Partnerships and Unincorporated Associations Identified on Schedule A attached to the Complaint (individually and collectively, "**Defendants**") via email, including but not limited to the email address(es) associated with:

    **a.**    Defendants' PayPal account(s);

    **b.**    Defendants' Temu account(s) or Temu store(s); and/or

    **c.**    any other email address used by the Defendants in connection with their Internet Stores or online marketplace operations;

1

3.  That service by email, as authorized herein, shall constitute valid and sufficient service of process pursuant to Fed. R. Civ. P. 4(f)(3);

4.  That Plaintiff shall file proof of such service within seven (7) days of completing service;

5.  That this Order shall remain in effect unless modified by further order of the Court.

IT IS SO ORDERED

_____
Melissa R. DuBose
United States District Judge
Date:

PRESENTED BY:

The Plaintiff,
Kiel James Patrick, LLC,
By its Attorney,

*/s/ C. Alexander Chiulli*_____
C. Alexander Chiulli, Esq. (Bar No. 9139)
Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:achiulli@savagelawpartners.com
Email:crusso@savagelawpartners.com
Tel: (401) 238-8500
Fax: (401) 648-6748