## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KIEL JAMES PATRICK, LLC<br>*Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED<br>ON SCHEDULE "A",<br>*Defendants.* | C.A. No. 1:25-cv-00633-MRD-AEM |

### PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

1. **SUMMONS IN A CIVIL ACTION**

2. **CIVIL ACTION COVER SHEET**

3. **COMPLAINT**

4. **EXHIBITS TO COMPLAINT**

5. **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

a sweater
2310242760@qq.com

in the manner indicated below:

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19TH_ day of _December_, 20_25_ in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this _19TH_ day of _December_, 20_25_.

Notary Public _#759978_
_exp. 11.17.2028_

2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KIEL JAMES PATRICK, LLC<br>*Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED<br>ON SCHEDULE "A",<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:25-cv-00633-MRD-AEM |

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

1. **SUMMONS IN A CIVIL ACTION**

2. **CIVIL ACTION COVER SHEET**

3. **COMPLAINT**

4. **EXHIBITS TO COMPLAINT**

5. **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

BAICHENGSWEATER
1798618@qq.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19th_ day of _December_, 20 _25_ in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this _19th_ day of _December_, 20 _25_.

Notary Public  # 759978
exp. 11-17-2028

CRAIG TYLER JOHNSON
NOTARY PUBLIC
STATE OF RHODE ISLAND

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| KIEL JAMES PATRICK, LLC )<br>  *Plaintiff*, )<br> )<br> v. )<br> )<br> THE PARTNERSHIPS AND )<br> UNINCORPORATED )<br> ASSOCIATIONS IDENTIFIED )<br> ON SCHEDULE "A", )<br>  *Defendants*. )<br> ) | C.A. No. 1:25-cv-00633-MRD-AEM |

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

1. **SUMMONS IN A CIVIL ACTION**

2. **CIVIL ACTION COVER SHEET**

3. **COMPLAINT**

4. **EXHIBITS TO COMPLAINT**

5. **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

> er YL Clothing
> 1653836160@qq.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the ___19th___ day of ___December___, 20 _25_ in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this _19th_ day of ___December___, 20_25_.

Notary Public #759978
exp. 11-17-2028

2

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KIEL JAMES PATRICK, LLC )<br>*Plaintiff*, )<br> )<br>v. )<br> )<br>THE PARTNERSHIPS AND )<br>UNINCORPORATED )<br>ASSOCIATIONS IDENTIFIED )<br>ON SCHEDULE "A", )<br>*Defendants*. )<br> ) | C.A. No. 1:25-cv-00633-MRD-AEM |

### PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

1. **SUMMONS IN A CIVIL ACTION**

2. **CIVIL ACTION COVER SHEET**

3. **COMPLAINT**

4. **EXHIBITS TO COMPLAINT**

5. **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

FASFS
2798276005@qq.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19th_ day of _December_ . 20 _25_ in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this _19th_ day of _December_ . 20 _25_ .

Notary Public _# 759978_
_exp. 11-17-2028_

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KIEL JAMES PATRICK, LLC    )
    *Plaintiff*,    )
    )
v.    )    C.A. No. 1:25-cv-00633-MRD-AEM
    )
THE PARTNERSHIPS AND    )
UNINCORPORATED    )
ASSOCIATIONS IDENTIFIED    )
ON SCHEDULE "A",    )
    *Defendants*.    )
    )

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

1. **SUMMONS IN A CIVIL ACTION**

2. **CIVIL ACTION COVER SHEET**

3. **COMPLAINT**

4. **EXHIBITS TO COMPLAINT**

5. **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

    Flanders
    364321863@qq.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19th_ day of _December_. 20_25_ in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this _19th_ day of _December_. 20_25_.

Notary Public  _# 759978_
_exp. 11-17-2028_

2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KIEL JAMES PATRICK, LLC<br>*Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED<br>ON SCHEDULE "A",<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 1:25-cv-00633-MRD-AEM

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

1. **SUMMONS IN A CIVIL ACTION**

2. **CIVIL ACTION COVER SHEET**

3. **COMPLAINT**

4. **EXHIBITS TO COMPLAINT**

5. **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

KAILI WOOL KNITTING
544481482@qq.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19th_ day of _December_, 20 _25_ in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this _19th_ day of _December_, 20 _25_.

CRAIG TYLER JOHNSON
NOTARY
PUBLIC
STATE OF RHODE ISLAND

Notary Public    # 759978
exp. 11-17-2028

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| KIEL JAMES PATRICK, LLC<br>*Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED<br>ON SCHEDULE "A",<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:25-cv-00633-MRD-AEM |

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

1. **SUMMONS IN A CIVIL ACTION**

2. **CIVIL ACTION COVER SHEET**

3. **COMPLAINT**

4. **EXHIBITS TO COMPLAINT**

5. **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

lemontreess
223395444@qq.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19th_ day of _December_, 20 _25_ in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this _19th_ day of _December_, 20 _25_.

Notary Public  #759978
exp. 11-17-2028

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| KIEL JAMES PATRICK, LLC<br>　　　*Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED<br>ON SCHEDULE "A",<br>　　　*Defendants.* | C.A. No. 1:25-cv-00633-MRD-AEM |

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

1. **SUMMONS IN A CIVIL ACTION**

2. **CIVIL ACTION COVER SHEET**

3. **COMPLAINT**

4. **EXHIBITS TO COMPLAINT**

5. **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

　　Meiduo Joy
　　a18125151357@qq.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 19th day of December, 20 25 in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this 19th day of December, 2025.

Notary Public #759978

EXP 11-17-2028

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| KIEL JAMES PATRICK, LLC<br>    *Plaintiff*, | ) ) ) ) | |
| v. | ) ) | C.A. No. 1:25-cv-00633-MRD-AEM |
| THE PARTNERSHIPS AND<br>UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED<br>ON SCHEDULE "A",<br>    *Defendants.* | ) ) ) ) ) | |

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

1. **SUMMONS IN A CIVIL ACTION**

2. **CIVIL ACTION COVER SHEET**

3. **COMPLAINT**

4. **EXHIBITS TO COMPLAINT**

5. **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

    MGBloomThread
    stmigao@sina.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19th_ day of _December_. 20_25_ in Providence, Rhode Island.

_____

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this _19th_ day of _December_. 20_25_.

CRAIG TYLER JOHNSON
NOTARY
PUBLIC
STATE OF RHODE ISLAND

_____

Notary Public  #759978
exp. 11-17-2028

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KIEL JAMES PATRICK, LLC )
    *Plaintiff,* )
     )
     )
v. )        C.A. No. 1:25-cv-00633-MRD-AEM
     )
THE PARTNERSHIPS AND )
UNINCORPORATED )
ASSOCIATIONS IDENTIFIED )
ON SCHEDULE "A", )
    *Defendants.* )
     )

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

    **1. SUMMONS IN A CIVIL ACTION**

    **2. CIVIL ACTION COVER SHEET**

    **3. COMPLAINT**

    **4. EXHIBITS TO COMPLAINT**

    **5. ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

    Phybe Jeans
    3926878708@qq.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the *19th* day of *December*, 20*25* in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this *19th* day of *December*, 20*25*.

Notary Public  *#759978*
*exp. 11-17-2028*

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| KIEL JAMES PATRICK, LLC )<br>*Plaintiff*, )<br> )<br>v. )<br> )<br>THE PARTNERSHIPS AND )<br>UNINCORPORATED )<br>ASSOCIATIONS IDENTIFIED )<br>ON SCHEDULE "A", )<br>*Defendants.* )<br> ) | C.A. No. 1:25-cv-00633-MRD-AEM |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

1. **SUMMONS IN A CIVIL ACTION**

2. **CIVIL ACTION COVER SHEET**

3. **COMPLAINT**

4. **EXHIBITS TO COMPLAINT**

5. **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

Stylish World
421848196@qq.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19th_ day of _December_. 20_25_ in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this _19th_ day of _December_. 20_25_.

Notary Public  _#759978_
_exp. 11-17-2028_

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KIEL JAMES PATRICK, LLC )
     *Plaintiff,* )
     )
v. )
     )
THE PARTNERSHIPS AND )
UNINCORPORATED )
ASSOCIATIONS IDENTIFIED )
ON SCHEDULE "A", )
     *Defendants.* )
     )

C.A. No. 1:25-cv-00633-MRD-AEM

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

1. **SUMMONS IN A CIVIL ACTION**

2. **CIVIL ACTION COVER SHEET**

3. **COMPLAINT**

4. **EXHIBITS TO COMPLAINT**

5. **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

Teulia
aaa791333235@163.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19th_ day of _December_, 20_25_ in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this _19th_ day of _December_, 20_25_.

Notary Public _#159978_
_exp. 11-17-2028_

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

KIEL JAMES PATRICK, LLC )
    *Plaintiff*, )
)
v. )                C.A. No. 1:25-cv-00633-MRD-AEM
)
THE PARTNERSHIPS AND )
UNINCORPORATED )
ASSOCIATIONS IDENTIFIED )
ON SCHEDULE "A", )
    *Defendants*. )

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

1. **SUMMONS IN A CIVIL ACTION**

2. **CIVIL ACTION COVER SHEET**

3. **COMPLAINT**

4. **EXHIBITS TO COMPLAINT**

5. **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

WUSHAOJUN
WU3876029721@qq.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19th_ day of _December_, 20 _25_ in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this _19th_ day of _December_, 20_25_.

Notary Public # 759978
exp. 11-17-2028

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

KIEL JAMES PATRICK, LLC )
    *Plaintiff*, )
    )
v. )             C.A. No. 1:25-cv-00633-MRD-AEM
    )
THE PARTNERSHIPS AND )
UNINCORPORATED )
ASSOCIATIONS IDENTIFIED )
ON SCHEDULE "A", )
    *Defendants.* )
    )

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

   **1. SUMMONS IN A CIVIL ACTION**

   **2. CIVIL ACTION COVER SHEET**

   **3. COMPLAINT**

   **4. EXHIBITS TO COMPLAINT**

   **5. ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

    wuzhengqq
    594152130@qq.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19th_ day of _December_. 20 _25_ in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this _19th_ day of _December_. 20 _25_.

CRAIG TYLER JOHNSON
NOTARY PUBLIC
STATE OF RHODE ISLAND

Notary Public  # 759997B
EXP. 11-17-2028

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |  |
|---|---|---|
| KIEL JAMES PATRICK, LLC | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:25-cv-00633-MRD-AEM |
| | ) | |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED | ) | |
| ON SCHEDULE "A", | ) | |
| *Defendants.* | ) | |

## PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

1. **SUMMONS IN A CIVIL ACTION**

2. **CIVIL ACTION COVER SHEET**

3. **COMPLAINT**

4. **EXHIBITS TO COMPLAINT**

5. **ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

XIC Loom Lore
2904389556@qq.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19th_ day of _December_ , 20 _25_ in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this _19th_ day of _December_ . 20_25_ .

CRAIG TYLER JOHNSON
NOTARY PUBLIC
STATE OF RHODE ISLAND

Notary Public  #759978
exp. 11-7-2028

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

KIEL JAMES PATRICK, LLC )
    *Plaintiff*, )
  )
v. )        C.A. No. 1:25-cv-00633-MRD-AEM
  )
THE PARTNERSHIPS AND )
UNINCORPORATED )
ASSOCIATIONS IDENTIFIED )
ON SCHEDULE "A", )
    *Defendants*. )
  )

### PROOF OF SERVICE OF SUMMONS AND COMPLAINT

I, Charles J. Russo, declare as follows:

I am a citizen of the United States, over the age of eighteen years old, and not a party to the above-entitled action. I am an Associate at the law firm of Savage Law Partners, LLP, located at 564 South Water Street, Providence, Rhode Island 02903.

On December 19, 2025, I served the following documents:

    **1. SUMMONS IN A CIVIL ACTION**

    **2. CIVIL ACTION COVER SHEET**

    **3. COMPLAINT**

    **4. EXHIBITS TO COMPLAINT**

    **5. ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

on the following person:

    YX Clothes
    2629605532@qq.com

in the manner indicated below:

1

**BY ELECTRONIC MAIL:** I caused a copy of such documents to be transmitted via electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: crusso@savagelawpartners.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19th_ day of _December_. 20_25_ in Providence, Rhode Island.

Charles J. Russo, Esq. (Bar No. 10751)
Savage Law Partners, LLP
564 South Water Street Providence, RI 02903
Email:crusso@savagelawpartners.com
Tel: (401) 237-2750
Fax: (401) 648-6748

Subscribed and sworn before me on this _19th_ day of _December_. 20_25_.

CRAIG TYLER JOHNSON
NOTARY PUBLIC
STATE OF RHODE ISLAND

Notary Public  # 759978
exp. 11-17-2028

2