UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KIEL JAMES PATRICK, LLC,
Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,
Defendants.

C.A. No. 25-cv-633-MRD-AEM

**ORDER**

Melissa R. DuBose, United States District Judge.

Before the Court is Plaintiff Kiel James Patrick, LLC's (the "Plaintiff") Motion for Default Judgment as to Defendant BAICHENGSWEATER, asserted under Federal Rule of Civil Procedure 55. ECF No. 34. On November 26, 2025, Plaintiff filed a Complaint in this Court against the Partnerships and Unincorporated Associations Identified on Schedule "A"[1] asserting the following Counts under the

[1] Attached to Plaintiff's Complaint is a Schedule "A" identifying sixteen defendants. ECF No. 1-3. The sixteen named Defendants listed in Schedule "A" are:

1. a sweater
2. BAICHENGSWEATER
3. Teuila
4. MGBloomThread
5. Flanders
6. er YL Clothing
7. KAILI WOOL KNITTING
8. Wuzhengqq
9. Meiduo Joy
10. YX Clothes

Lanham Act: Count I: Federal Unfair Competition - False Designation of Origin, ECF No. 1 ¶¶ 33-39; and Count II: Federal False Advertising, ECF No. 1 ¶¶ 40-46. Despite being served the Summons, ECF No. 13, and Complaint, ECF No. 1, Defendant BAICHENGSWEATER failed to appear pursuant to the time set forth in Rule 12(a).[2] *See* ECF No. 26 at 1, 26-1. On April 21, 2026, Plaintiff filed an Application for Clerk's Entry of Default against the Non-Appearing Defendants, including Defendant BAICHENGSWEATER. ECF No. 26. On April 22, 2026, the Clerk entered Default against the Non-Appearing Defendants, including Defendant BAICHENGSWEATER. ECF No. 27.

In response to the Clerk's Entry of Default, ECF No. 27, Defendant BAICHENGSWEATER filed a *pro se* Motion for an Extension of Time to Respond to Plaintiff's Request for Default Judgment on June 4, 2026. ECF No. 28. In its Motion, an individual, Zoucheng Lou, intended to proceed in this matter "doing business as

---

11. FASFS
12. Phybe Jeans
13. Stylish World
14. Lemontreess
15. WUSHAOJUN
16. XIC Loom Lore

ECF No. 1-3.

[2] Because Defendants, Phybe Jeans and XIC Loom Lore, have filed an Answer to Plaintiff's Complaint, ECF No. 25, and are actively adjudicating this matter, they are not subject to this Order. Likewise, Plaintiff has filed a separate motion for default judgment against the Non-Appearing Defendants including: a sweater, Teuila, MGBloomThread, Flanders, er YL Clothing, KAILI WOOL KNITTING, Wuzhengqq, Meidou Joy, YX Clothes, FASFS, Stylish World, Lemontreess, and WUSHAOJUN (the "Non-Appearing Defendants").

BAICHENGSWEATER, appearing *Pro Se*[.]" *Id.* at 1. As a business, BAICHENGSWEATER cannot proceed *pro se*. *See Beaudreault v. ADF, Inc.,* 635 F. Supp. 2d 121, 121 (D.R.I. 2009). Therefore, the Court directed that Defendant BAICHENGSWEATER "shall have up to and including July 6, 2026 to retain counsel [and] Mr. Zoucheng Lou may not proceed *pro se* because he is not a named defendant in this case." Text Order dated June 4, 2026. Since the Text Order, issued on June 4, 2026, Defendant BAICHENGSWEATER has failed to have counsel enter an appearance on its behalf. On July 7, 2026, Plaintiff filed this instant Motion for Default Judgment against Defendant BAICHENGSWEATER. ECF No. 34.

Per Federal Rule of Civil Procedure 12, defendants have an obligation to file an answer to the complaint or, alternatively, file a Rule 12 Motion to Dismiss within twenty-one days after being served with the summons and complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). If they fail to do so, they could face default judgment being entered against them. Fed. R. Civ. P. 55(a). Rule 55, which outlines the requirements for a default judgment, provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." *Id.* If the party's claim is not for a sum certain, then "the party must apply to the court for a default judgment." *See* Fed. R. Civ. P. 55(b)(1), (2).

Here, Defendant BAICHENGSWEATER failed to serve an answer, file a Rule 12 motion to dismiss, or enter an appearance within twenty-one days of being served with Plaintiff's Summons. Defendant BAICHENGSWEATER further failed to retain

counsel to enter an appearance on its behalf within the time granted to it by the Court. *See* Text Order dated June 4, 2026. Since this Court's direct Order to Defendant BAICHENGSWEATER approximately three months ago, the Court has not seen a response or further filing from Defendant BAICHENGSWEATER.

Thus, having met the demands of Rule 55, Plaintiff's Motion for Default Judgment as to Defendant BAICHENGSWEATER, ECF No. 34, is **GRANTED**, as set forth in Plaintiff's Proposed Default Judgment Order.

IT IS SO ORDERED.

Melissa R. DuBose
United States District Judge

September 30, 2026