**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KIEL JAMES PATRICK, LLC,<br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br>Defendants. | ) | C.A. No. 25-cv-633-MRD-AEM |

## ORDER

Melissa R. DuBose, United States District Judge.

Before the Court is Plaintiff Kiel James Patrick, LLC's (the "Plaintiff") Motion for Default Judgment as to The Partnerships and Unincorporated Associations Identified on Schedule "A," asserted under Federal Rule of Civil Procedure 55. ECF No. 32. On November 26, 2025, Plaintiff filed a Complaint in this Court against the Partnerships and Unincorporated Associations Identified on Schedule "A"[1] asserting

[1] Attached to Plaintiff's Complaint is a Schedule "A" identifying sixteen defendants. ECF No. 1-3. The sixteen named Defendants listed in Schedule "A" are:

1. a sweater
2. BAICHENGSWEATER
3. Teuila
4. MGBloomThread
5. Flanders
6. er YL Clothing
7. KAILI WOOL KNITTING
8. Wuzhengqq
9. Meiduo Joy
10. YX Clothes

the following Counts under the Lanham Act: Count I: Federal Unfair Competition - False Designation of Origin, ECF No. 1 ¶¶ 33-39; and Count II: Federal False Advertising, ECF No. 1 ¶¶ 40-46. Despite being served the Summons, ECF No. 13, and Complaint, ECF No. 1, certain Defendants (the "Non-Appearing Defendants") failed to appear pursuant to the time set forth in Rule 12(a).[2] *See* ECF No. 26 at 1. On April 21, 2026, Plaintiff filed an Application for Clerk's Entry of Default against these Non-Appearing Defendants. ECF No. 26. On April 22, 2026, the Clerk entered Default against them. ECF No. 27. On July 1, 2026, Plaintiff filed this instant Motion for Default Judgment against the Non-Appearing Defendants. ECF No. 32.

Per Federal Rule of Civil Procedure 12, defendants have an obligation to file an answer to the complaint or, alternatively, file a Rule 12 Motion to Dismiss within

---

11. FASFS
12. Phybe Jeans
13. Stylish World
14. Lemontreess
15. WUSHAOJUN
16. XIC Loom Lore

ECF No. 1-3.

[2] Because Defendants, Phybe Jeans and XIC Loom Lore, have filed an Answer to Plaintiff's Complaint, ECF No. 25, and are actively adjudicating this matter, they are not subject to this Order. Likewise, Plaintiff has filed a separate motion for default judgment against Defendant BAICHENGSWEATER, as Defendant BAICHENGSWEATER initially attempted to litigate this matter by filing a Motion for Extension of Time to Answer Plaintiff's Request for Default Judgment on May 27, 2026. ECF No. 28. BAICHENGSWEATER's Motion was granted, and the Court extended its deadline to Answer the Complaint to July 6, 2026, in order to allow Defendant BAICHENGSWEATER some time to retain counsel. *See* Text Order dated June 4, 2026. Accordingly, the Non-Appearing Defendants include: a sweater, Teuila, MGBloomThread, Flanders, er YL Clothing, KAILI WOOL KNITTING, Wuzhengqq, Meidou Joy, YX Clothes, FASFS, Stylish World, Lemontreess, and WUSHAOJUN.

twenty-one days after being served with the summons and complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). If they fail to do so, they could face default judgment being entered against them. Fed. R. Civ. P. 55(a). Rule 55, which outlines the requirements for a default judgment, provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." *Id.* If the party's claim is not for a sum certain, then "the party must apply to the court for a default judgment." *See* Fed. R. Civ. P. 55(b)(1), (2).

Here, the Non-Appearing Defendants failed to serve an answer, file a Rule 12 motion to dismiss, or enter an appearance within twenty-one days of being served with Plaintiff's Summons. Accordingly, default judgment is proper against them.

Thus, having met the demands of Rule 55, Plaintiff's Motion for Default Judgment as to the Non-Appearing Defendants, ECF No. 32, is **GRANTED**, as set forth in Plaintiff's Proposed Default Judgment Order.

IT IS SO ORDERED.

Melissa R. DuBose
United States District Judge

September 30, 2026